UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MALEK SAMUEL MALEK, Defendant. | CR. 14-40125-01-KES ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS |
|---|---|

Pursuant to 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Veronica Duffy conducted a hearing on defendant's motion to suppress on August 12, 2015. On August 21, 2015, Magistrate Judge Duffy submitted her report and recommendation recommending that the motion to suppress be denied. No objections to such proposed findings and recommendations have been filed pursuant to 28 U.S.C. § 636(b)(1), and the time for filing objections has passed. The court has considered the case de novo. Therefore, it is

ORDERED that the report and recommendation of Magistrate Judge Duffy is adopted in full, and defendant's motion to suppress (Docket 47) is denied in its entirety.

Dated September 14, 2015.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE